MHW

101.011951   kkm   #35320

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTER⁻

| | |
|---|---|
| THAER SALEM, | 08cv2526 |
| | JUDGE ST. EVE |
| Plaintiff, | MAG. JUDGE VALDEZ |
| | |
| | Circuit Court of Cook County |
| | No: 08 L 00324 |
| v. | |
| | |
| COBERT CARNEY and | |
| MARS SERVICE COMPANY, INC. | |
| | |
| Defendants. | |

**FILED**
J.N MAY X 2 2008
5-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**_NOTICE OF FILING_**

TO:   Ms. Mitchell S. Lipkin
      Lipkin & Higgins
      222 N. LaSalle Street
      Suite 2100
      Chicago, Illinois 60601

YOU ARE HEREBY NOTIFIED that on May 2, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **_Defendants' Petition for Removal To Federal Court_**, a copy of which is attached hereto.

LaBARGE, CAMPBELL & LYON, L.L.C.
Attorneys for RANDALL PARSONS
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010

I certify that I served this Notice by mailing a copy to each person to whom it is directed at the address above indicated, by depositing it in the U.S. Mail at 200 West Jackson Boulevard, Chicago, Illinois on May    , 2008, proper postage prepaid.

_____
MICHAEL R. LaBARGE

101.011951   kkm   #35320

**FILED**
J N
MAY X 2 2008
5-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| THAER SALEM, ) | |
| ) | |
| Plaintiff, ) | No: |
| ) | Circuit Court of Cook County |
| ) | No: 08 L 00324 |
| v. ) | |
| ) | 08cv2526 |
| COBERT CARNEY and ) | JUDGE ST. EVE |
| MARS SERVICE COMPANY, INC. ) | MAG. JUDGE VALDEZ |
| ) | |
| Defendants. ) | |

### PETITION FOR REMOVAL TO FEDERAL COURT

NOW COME the defendants ROBERT CARNEY (improperly named as "COBERT CARNEY") and MARS SERVICE COMPANY, INC., by and through their attorneys, Michael R. LaBarge of LaBARGE, CAMPBELL & LYON, L.L.C., under 28 U.S.C. §1332(A)(1) and petition this Honorable Court for an order removing/transferring the above captioned matter from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and respectfully state:

1. On or about June 5, 2007, the plaintiff filed a complaint at law against the defendants MARS SERVICE COMPANY, INC., and ROBERT CARNEY in the Circuit Court of Cook County, Illinois, Law Division, bearing the court number 2008 L 003224. (A copy of Plaintiff's Complaint at Law is attached hereto as Exhibit A).

2. Defendant MARS SERVICE COMPANY, INC. is an Indiana corporation with its principal place of business in Westville, Indiana, and is licensed to conduct business in Indiana. (*See* Illinois Traffic Crash Report, attached as Exhibit B).

3. Defendant ROBERT CARNEY is a resident of Westville, Indiana. (Ex. B).

4. The plaintiff, THAER SALEM, is a resident of Palos Heights, Illinois. (Ex. B).

5. Accordingly, there exists complete diversity of citizenship between Plaintiff and all Defendants in satisfaction of 28 U.S.C. §1332(A)(1).

6. Because diversity jurisdiction exists, this Court has subject matter jurisdiction over this claim and this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

7. Further, this Court has original jurisdiction in this matter because the amount in controversy exceeds $75,000. The plaintiff was transported from the scene of the accident that is the subject of his complaint at law to a nearby hospital, and he is claiming injury to his forehead, a broken finger on his left hand, and a fractured right shoulder, which will undoubtedly require future treatment, therapy and possibly surgery. As such, this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

WHEREFORE, the defendants ROBERT CARNEY and MARS SERVICE COMPANY, INC., move this Honorable Court for an order removing/transferring this case to the United States District Court for the Northern District of Illinois, Eastern Division, for all further proceedings and any other relief as this Court deems appropriate.

3

                            _____
                            MICHAEL R. LaBARGE

                            _____
                            LaBARGE, CAMPBELL & LYON, L.L.C.

LaBARGE, CAMPBELL & LYON, L.L.C.
Attorneys for Defendants
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010

No. 38968

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| THAER SALEM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. |
| COBERT CARNEY and MARS SERVICE COMPANY, INC., | ) ) ) |
| Defendants. | ) ) |

### COMPLAINT AT LAW

Plaintiff, THAER SALEM, by and through his attorneys, Lipkin & Higgins, and for his complaint at law against the Defendants, Cobert Carney and Mars Service Company, Inc., states as follows:

1. At all times relevant hereto, Defendant, Mars Service Company, Inc was incorporated in the State of Indiana, generally doing business as a common carrier in various states including the State of Illinois.

2. At all times relevant hereto, Defendant, Cobert Carney, was an employee of Mars Service Company, Inc., acting within the scope and duties of his employment.

3. At all times relevant hereto, Harlem Avenue was a roadway running in a generally northerly and southerly direction in the City of Bridgeview, County of Cook, State of Illinois.

4. At all times relevant hereto, 92nd Place was a roadway running in a generally easterly and westerly direction in the City of Bridgeview, County of Cook, State of Illinois.

5. On or about January 24, 2008, Plaintiff, Thaer Salem, drove and operated his vehicle, a Chrysler Voyager northbound on Harlem, at its intersection with 92nd Place, and was



EXHIBIT A

in the intersection in the process of making a left hand turn to go westbound onto 92n Place when he was struck by the vehicle driven by the Defendant, Cobert Carney.

6. On or about January 24, 2008, Defendant, Cobert Carney, drove his vehicle, a tractor trailer, southbound on Harlem in the inner or curb lane at the intersection with 92nd Place when he struck the vehicle operated by Plaintiff.

7. At all times relevant hereto, it was the duty of Defendant, Cobert Carney, to operate his vehicle with ordinary care to avoid a collision.

8. The Defendant, Cobert Carney, violated his duty of care in one or more of the following ways:

    a. Carelessly and negligently ran a red light while entering the intersection of Harlem and 92nd Place;

    b. Carelessly and negligently failed to stop his vehicle before entering the intersection of Harlem and 92nd Place when other vehicles ahead of him in traffic had stopped;

    c. Carelessly and negligently operated his motor vehicle at a rate of speed greater than allowed for the safe operation of his vehicle;

    d. Carelessly and negligently failed to keep a proper lookout for other vehicles then and there on the roadway; and

    e. Was otherwise careless and negligent.

9. As a direct and proximate result of one or more of the above stated careless and/or negligent acts of the Defendant, Cobert Carney, Plaintiff, Thaer Salem, suffered personal and pecuniary injuries.

10. The liability of Defendant, Mars Service Company, Inc., is derived under the doctrine of *respondeat superior*.

2

WHEREFORE, Plaintiff, THAER SALEM, seeks judgment in his favor and against the Defendants, COBERT CARNEY and MARS SERVICE COMPANY, INC., in an amount in excess of $50,000.00 together with the costs of this litigation.

Respectfully submitted,

By Mitchell S. Lipkin

LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 213.857.1710

3

## RULE 222(b) AFFIDAVIT

Mitchell S. Lipkin, attorney at law, being first duly sworn on oath, deposes and states as follows:

1. My name is Mitchell S. Lipkin and I represent Thaer Salem, the plaintiff in the above-captioned case.

2. In accordance with Illinois Supreme Court Rule 222(b), the amount plaintiff claims as damages in this case is more than Fifty Thousand Dollars ($50,000.00).

Further Affiant Sayeth Naught.

_____
Mitchell S. Lipkin

LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 312.857.1710

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

| DRAC | PEDV | TRFC | WEAT | DRVA | VIS | VEHC | LGHT | CRLL | RWAY | RPA | RPL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 U1 | U2 | 1 | 3 U1 | 4 U2 | 1 2 U1 U2 | 1 1 U1 U2 | 09 U1 U2 | 1 | 10 | 2 U1 U2 | 99 | 9 |

**INVESTIGATING AGENCY:** Bridgeview
**TYPE OF REPORT:** ☒ ON SCENE ☐ NOT ON SCENE ☐ AMENDED
☐ A No Injury / Drive Away
☒ B Injury and/or Tow Due to Crash
**AGENCY CRASH REPORT NO.:** 08 1160

**\*8455096\***

**THRW:** 3

**ADDRESS NO.** | **HIGHWAY or STREET NAME:** Harlem Ave | ☒ City Bridgeview | ☐ Township | **INTERSECTION RELATED:** ☒ Yes ☐ No | **DATE OF CRASH:** 1/24/08 | **TIME:** 3:15 PM | **LARS CODE** | **VEH U1:** 3

(CIRCLE) ☐ FT / MI N E S W ☒ AT INTERSECTION WITH | **92ND PLACE** (NAME OF INTERSECTION OR ROAD FEATURE) | **COUNTY:** Cook | **PRIVATE PROPERTY:** ☐ Yes ☒ No | **HIT & RUN:** ☐ Yes ☒ No | **ANY SINGLE VEHICLE/PROPERTY DAMAGED OVER $500:** ☒ Yes ☐ No | **NUMBER MOTOR VEHICLES INVLD:** 2 | **LARS CODE** | **U2:** 7

## UNIT 1

**NAME (LAST, FIRST, M.I.):** SALEM, THEAR R. ☒ DRIVER
**DATE OF BIRTH:** 7/15/89
**MAKE:** Chrysler **MODEL:** Voyager **YEAR:** 01
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):** 09 - NONE, 10 - UNDER CARRIAGE, 11 - TOTAL (ALL AREAS), 12 - OTHER, 99 - UNKNOWN
**TOWED:** ☒ Y ☐ N
**STREET ADDRESS:** 10609 S. Vicky Ln
**SEX:** M **SAFT:** 9 **AIR:** 3 **PLATE NO.:** T880222 **STATE:** IL **YEAR:** 08
**FIRE:** ☐ **HAZMAT SPILL:** ☐ **COM VEH:** ☐
**CITY:** Palos Hills **STATE:** IL **ZIP:** 60465 **INJURY:** B **EJECT:** 1 **VIN:** 1C4GJ25G31B49586 **POINT OF FIRST CONTACT:** 3
**TELEPHONE** | **DRIVER LICENSE NO.:** S4508168 9201 **STATE:** IL **CLASS:** D **VEHICLE OWNER (LAST, FIRST, M.I.):** ZAHDAN, THIRRYAT **INSURANCE CO.**
**TAKEN TO:** Christ Hosp. **EMS AGENCY:** B.V.F.D. **OWNER ADDRESS:** 10609 S. Vicky Lane Palos Hills IL 60465 **TELEPHONE** **POLICY NO.**

## UNIT 2

**NAME (LAST, FIRST, M.I.):** CARNEY III, ROBERT C. ☒ DRIVER
**DATE OF BIRTH:** 8/18/67
**MAKE:** Western Star **MODEL:** Tractor **YEAR:** 98
**STREET ADDRESS:** 58 West Main St. PO 222
**SEX:** M **SAFT:** 2 **AIR:** 3 **PLATE NO.:** 328607 **STATE:** IN **YEAR:** 08
**CITY:** Westville **STATE:** IN **ZIP:** 46391 **INJURY:** O **EJECT:** 1 **VIN:** 2UKEDDXB2WK950482 **POINT OF FIRST CONTACT:** F
**TELEPHONE:** (219) 406-4033 **DRIVER LICENSE NO.:** 8922 222 0962 **STATE:** IN **CLASS:** A **VEHICLE OWNER:** Mars Service Co. Inc **INSURANCE CO.:** Great West Casualty Co 800-228-8040
**TAKEN TO:** Refused **EMS AGENCY:** Refused **OWNER ADDRESS:** 11041 W US Hwy 6 P.O.Box 70 Westville IN 46391 **POLICY NO.:** CLP67287L

**PRIMARY CAUSE:** 02
**POSTED SPEED LIMIT:** 40

**ARREST NAME:** SALEM, THEAR R. **SECTION:** 1902 **CITATION NO.:** YM271545
**ARREST NAME:** **SECTION:** 3707 **CITATION NO.:** YM271546 **DATE NOTIFIED:** 1/24/08 **TIME NOTIFIED:** 3:15 PM
**OFFICER ID:** 120 **SIGNATURE** **BEAT/DIST:** 214 **SUPERVISOR ID:** **COURT DATE:** 2/25/08 **COURT TIME:** 10:30 AM

\*P1006\*

**REMEMBER TO USE BLACK INK, PRESS HARD, PRINT LEGIBLY AND COMPLETE ALL REQUIRED FIELDS!**

10770 S 76th Ave Bridgeview IL 60455 Feb 25th 2008 10:30am

**8455096**

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

INDICATE NORTH BY ARROW

Harlem Ave

UNIT 2  UNIT 1  UNIT 2

POINT OF IMPACT

FINAL RESTING PLACE

UNIT 1

* NOT TO SCALE

**COMMERCIAL MOTOR VEHICLE (CMV)**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation beyond 75 air miles from the driver's work reporting location (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

**NARRATIVE** (Refer to vehicle by Unit No.)

UNIT #2 WAS TRAVELING SOUTHBOUND HARLEM AVE IN THE CURB LANE OF THE 9200 BLOCK. UNIT #1 WAS STOPPED IN TRAFFIC IN THE LEFT TURN LANE OF NORTHBOUND HARLEM AVE AT 92ND PLACE. UNIT #1 FAILED TO YIELD TURNING LEFT IN FRONT OF UNIT #2 CAUSING UNIT #2 TO STRIKE THE ENTIRE PASSENGER SIDE OF UNIT #1 WITH UNIT #2'S FRONT BUMPER AREA. SUBSEQUENTLY, UNIT #1 TRAVELED OFF THE ROADWAY INTO A GRASSY DITCH AREA, IN THE SOUTHWEST CORNER OF THE INTERSECTION.

CARRIER NAME: Mars Service Co Inc
ADDRESS: 1041 W. US Hwy 6 P.O. Box 710
CITY/STATE/ZIP: Westville, IN 46391
USDOT NO. 593685   ICC NO. 269616

Source of above info: ☐ Side of Truck ☒ Papers ☐ Driver ☐ Log Book

Gross Vehicle Weight Rating (GVWR): _____

Were HAZMAT placards displayed on the vehicle? ☐ Yes ☐ No
If yes, name on placard _____
4-digit UN no. _____   1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐ Yes ☒ No ☐ Unknown

Did HAZMAT Regulations violation contribute to the crash? ☐ Yes ☒ No ☐ Unknown

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes ☒ No ☐ Unknown

Was a Driver/Vehicle Examination Report form completed?
HAZMAT ☐ Yes ☒ No ☐ Unk  Out of Service? ☐ Yes ☐ No
MCS ☐ Yes ☒ No ☐ Unk  Out of Service? ☐ Yes ☐ No
Form No. _____

IDOT PERMIT NO. _____   WIDE LOAD? ☐ Yes ☒ No
TRAILER WIDTH(S):  0-96"  97-102"  >102"
TRAILER 1  ☐  ☒  ☐
TRAILER 2  ☐  ☐  ☐
TRAILER LENGTH(S): 1  44 ft   TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH 60 ft   NO. OF AXLES 5

CRASH LOCATION: ☐ CITY OF ___ OR ☐ NEAREST CITY
___ MILES  N E S W  OR
CIRCLE ONE   CITY NAME

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION 2
CARGO BODY TYPE 1   LOAD TYPE 4

LOCAL USE ONLY

U1 Towed: TRPC   V.2004 MARTIN
U1 Towed by/to: Ideal Auto / 8042 S. Roberts Rd
U2 Towed by/to: NOT TOWED