MHK

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08cv2526
JUDGE ST. EVE
MAG. JUDGE VALDEZ

In the Matter of

THAER SALEM
v.
ROBERT CARNEY and MARS SERVICE COMPANY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROBERT CARNEY (improperly named as "COBERT CARNEY") and MARS SERVICE COMPANY, INC.

FILED
JN MAY X 2 2008
5-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> MICHAEL R. LaBARGE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ [signature] | |
| FIRM <br> LaBARGE, CAMPBELL & LYON, L.L.C. | |
| STREET ADDRESS <br> 200 West Jackson Boulevard, Suite 2050 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6183284 | TELEPHONE NUMBER <br> 312-580-9010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |