## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2526 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Salem vs. Carney, et al | | |

**DOCKET ENTRY TEXT**

Because Defendants have failed to allege diversity jurisdiction, the Court hereby dismisses their petition for removal without prejudice. Defendants have leave to file an amended petition of removal sufficiently alleging diversity jurisdiction or some other basis for federal jurisdiction. Civil case terminated.

■[ For further details see text below.]  Notices mailed by Judicial staff.

### STATEMENT

Defendants premise their removal petition on diversity jurisdiction. "It is axiomatic that a federal court must assure itself that it possesses jurisdiction over the subject matter of an action before it can proceed to take any action respecting the merits of the action. The requirement that jurisdiction be established as a threshold matter 'springs from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" *Cook v. Winfrey*, 141 F.3d 322, 325 (7th Cir. 1998), *quoting Steel C. v. Citizens for a Better Environment*, 523 U.S. 83, 94 (1998). *See also Adams v. Catrambone*, 359 F.3d 858, 861 n.3 (7th Cir. 2004).

Defendant Mars Service Company alleges that it is an Indiana corporation with its principal place of business in Indiana. It alleges that Defendant Robert Carney is a resident of Westville, Indiana, and that Plaintiff Thaer Salem is a resident of Palos Heights, Illinois. "[A]llegations of residence are insufficient to establish diversity jurisdiction. It is well settled that [w]hen the parties allege residence but not citizenship, the court must dismiss the suit." *Held v. Held*, 137 F.3d 998, 1000 (7th Cir. 1998) (citations and quotations omitted). Because Defendants only allege Defendant Carney's and Plaintiff Salem's respective residences, and not their respective citizenships, the removal petition is dismissed without prejudice for failure to sufficiently allege diversity jurisdiction. Defendants have leave to file an amended petition of removal sufficiently alleging diversity jurisdiction or some other basis for federal jurisdiction.