101.011951   kkm   #35320

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| THAER SALEM, | ) | |
| | ) | |
| Plaintiff, | ) | No: 08 C 2526 |
| | ) | Circuit Court of Cook County |
| | ) | No: 08 L 00324 |
| v. | ) | |
| | ) | |
| COBERT CARNEY and | ) | |
| MARS SERVICE COMPANY, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED PETITION FOR REMOVAL TO FEDERAL COURT

NOW COME the defendants ROBERT CARNEY (improperly named as "COBERT CARNEY") and MARS SERVICE COMPANY, INC., by and through their attorneys, Michael R. LaBarge of LaBARGE, CAMPBELL & LYON, L.L.C., under 28 U.S.C. §1332(A)(1) and petition this Honorable Court for an order removing/transferring the above captioned matter from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1653 and respectfully state:

1.      On or about March 24, 2008, the plaintiff filed a complaint at law against the defendants MARS SERVICE COMPANY, INC., and ROBERT CARNEY in the Circuit Court of Cook County, Illinois, Law Division, bearing the court number 2008 L 003224. (A copy of Plaintiff's Complaint at Law is attached hereto as Exhibit A).

2.      On or about May 2, 2008, defendants MARS SERVICE COMPANY, INC., and ROBERT CARNEY filed a Petition for Removal to the United States District Court for the Northern District of Illinois, Eastern Division. (*See* Petition for Removal, attached as Ex. B).

3.      On or about May 6, 2008, the Court dismissed the defendants' petition on jurisdictional grounds but granted leave to file an amended petition of removal sufficiently alleging diversity jurisdiction. (*See* Order, attached as Ex. C).  Defendants herein seek to correct technical defects in the petition pursuant to the Court's Order and to 28 U.S.C. §1653.

4.      Defendant MARS SERVICE COMPANY, INC. is an Indiana corporation with its principal place of business in Westville, Indiana, and is licensed to conduct business in Indiana. (*See* Illinois Traffic Crash Report, attached as Exhibit D).  Defendant MARS SERVICE COMPANY, INC. is therefore a citizen of Indiana.

5.      Defendant ROBERT CARNEY maintains his domicile and permanent home in Westville, Indiana. (Ex. D).  Defendant ROBERT CARNEY is therefore a citizen of Indiana.

6.      Upon information and belief, the domicile and permanent home of plaintiff, THAER SALEM, is in Palos Heights, Illinois. (Ex. D).  Plaintiff THAER SALEM is therefore a citizen of Illinois.

7.      Accordingly, there exists complete diversity of citizenship between Plaintiff and all Defendants in satisfaction of 28 U.S.C. §1332(A)(1).

8.    Because diversity jurisdiction exists, this Court has subject matter jurisdiction over this claim and this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

9.    Further, this Court has original jurisdiction in this matter because the amount in controversy exceeds $75,000.  The plaintiff was transported from the scene of the accident that is the subject of his complaint at law to a nearby hospital, and he is claiming injury to his forehead, a broken finger on his left hand, and a fractured right shoulder, which will undoubtedly require future treatment, therapy and possibly surgery. As such, this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

WHEREFORE, the defendants ROBERT CARNEY and MARS SERVICE COMPANY, INC., move this Honorable Court for an order removing/transferring this case to the United States District Court for the Northern District of Illinois, Eastern Division, for all further proceedings and any other relief as this Court deems appropriate.


/s/ Michael R. LaBarge
MICHAEL R. LaBARGE


LaBARGE, CAMPBELL & LYON, L.L.C.
Attorneys for Defendants
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 12, 2008</u>, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

      Mitchell Stewart Lipkin
      Lipkin & Higgins
      222 North LaSalle Street
      Suite 2100
      Chicago, IL 60601

proper postage paid, by deposit in the U.S. Mail at 200 West Jackson Boulevard,

Chicago, Illinois, before 5:00 p.m. on <u>May 12, 2008</u>.


                        /s/ *Michael R. LaBarge*
                        MICHAEL R. LaBARGE

101.011951    kkm    #35320

**FILED**

IN THE UNITED STATES DISTRICT COURT J N
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY X 2 2008
5 - 2 - 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| THAER SALEM, | ) | |
| | ) | |
| Plaintiff, | ) | No: |
| | ) | Circuit Court of Cook County |
| | ) | No: 08 L 00324 |
| v. | ) | |
| | ) | |
| COBERT CARNEY and | ) | 08cv2526 |
| MARS SERVICE COMPANY, INC. | ) | JUDGE ST. EVE |
| | ) | MAG. JUDGE VALDEZ |
| Defendants. | ) | |

## *PETITION FOR REMOVAL TO FEDERAL COURT*

NOW COME the defendants ROBERT CARNEY (improperly named as "COBERT CARNEY") and MARS SERVICE COMPANY, INC., by and through their attorneys, Michael R. LaBarge of LaBARGE, CAMPBELL & LYON, L.L.C., under 28 U.S.C. §1332(A)(1) and petition this Honorable Court for an order removing/transferring the above captioned matter from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and respectfully state:

1.     On or about June 5, 2007, the plaintiff filed a complaint at law against the defendants MARS SERVICE COMPANY, INC., and ROBERT CARNEY in the Circuit Court of Cook County, Illinois, Law Division, bearing the court number 2008 L 003224. (A copy of Plaintiff's Complaint at Law is attached hereto as Exhibit A).



EXHIBIT
B

2

2.    Defendant MARS SERVICE COMPANY, INC. is an Indiana corporation with its principal place of business in Westville, Indiana, and is licensed to conduct business in Indiana. (*See* Illinois Traffic Crash Report, attached as Exhibit B).

3.    Defendant ROBERT CARNEY is a resident of Westville, Indiana. (Ex. B).

4.    The plaintiff, THAER SALEM, is a resident of Palos Heights, Illinois. (Ex. B).

5.    Accordingly, there exists complete diversity of citizenship between Plaintiff and all Defendants in satisfaction of 28 U.S.C. §1332(A)(1).

6.    Because diversity jurisdiction exists, this Court has subject matter jurisdiction over this claim and this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

7.    Further, this Court has original jurisdiction in this matter because the amount in controversy exceeds $75,000. The plaintiff was transported from the scene of the accident that is the subject of his complaint at law to a nearby hospital, and he is claiming injury to his forehead, a broken finger on his left hand, and a fractured right shoulder, which will undoubtedly require future treatment, therapy and possibly surgery. As such, this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

WHEREFORE, the defendants ROBERT CARNEY and MARS SERVICE COMPANY, INC., move this Honorable Court for an order removing/transferring this case to the United States District Court for the Northern District of Illinois, Eastern Division, for all further proceedings and any other relief as this Court deems appropriate.

Case 1:08-cv-02526    Document 6-2    Filed 05/12/2008    Page 3 of 3
Case 1:08-cv-02526    Document 1    Filed 05/02/2008    Page 4 of 10

3

_MICHAEL R. LaBARGE_

_LaBARGE, CAMPBELL & LYON, L.L.C._

LaBARGE, CAMPBELL & LYON, L.L.C.
Attorneys for Defendants
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010

101.011951    kkm    #35320

**FILED**

IN THE UNITED STATES DISTRICT COURT J N
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY X 2 2008
5-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| THAER SALEM, | ) | |
| | ) | |
| Plaintiff, | ) | No: |
| | ) | Circuit Court of Cook County |
| | ) | No: 08 L 00324 |
| v. | ) | |
| | ) | |
| COBERT CARNEY and | ) | 08cv2526 |
| MARS SERVICE COMPANY, INC. | ) | JUDGE ST. EVE |
| | ) | MAG. JUDGE VALDEZ |
| Defendants. | ) | |

## *PETITION FOR REMOVAL TO FEDERAL COURT*

NOW COME the defendants ROBERT CARNEY (improperly named as "COBERT CARNEY") and MARS SERVICE COMPANY, INC., by and through their attorneys, Michael R. LaBarge of LaBARGE, CAMPBELL & LYON, L.L.C., under 28 U.S.C. §1332(A)(1) and petition this Honorable Court for an order removing/transferring the above captioned matter from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and respectfully state:

1.    On or about June 5, 2007, the plaintiff filed a complaint at law against the defendants MARS SERVICE COMPANY, INC., and ROBERT CARNEY in the Circuit Court of Cook County, Illinois, Law Division, bearing the court number 2008 L 003224. (A copy of Plaintiff's Complaint at Law is attached hereto as Exhibit A).



EXHIBIT
B

2.     Defendant MARS SERVICE COMPANY, INC. is an Indiana corporation with its principal place of business in Westville, Indiana, and is licensed to conduct business in Indiana. (*See* Illinois Traffic Crash Report, attached as Exhibit B).

3.     Defendant ROBERT CARNEY is a resident of Westville, Indiana. (Ex. B).

4.     The plaintiff, THAER SALEM, is a resident of Palos Heights, Illinois. (Ex. B).

5.     Accordingly, there exists complete diversity of citizenship between Plaintiff and all Defendants in satisfaction of 28 U.S.C. §1332(A)(1).

6.     Because diversity jurisdiction exists, this Court has subject matter jurisdiction over this claim and this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

7.     Further, this Court has original jurisdiction in this matter because the amount in controversy exceeds $75,000. The plaintiff was transported from the scene of the accident that is the subject of his complaint at law to a nearby hospital, and he is claiming injury to his forehead, a broken finger on his left hand, and a fractured right shoulder, which will undoubtedly require future treatment, therapy and possibly surgery. As such, this claim should be removed/transferred to the United States District Court for the Northern District of Illinois, Eastern Division.

WHEREFORE, the defendants ROBERT CARNEY and MARS SERVICE COMPANY, INC., move this Honorable Court for an order removing/transferring this case to the United States District Court for the Northern District of Illinois, Eastern Division, for all further proceedings and any other relief as this Court deems appropriate.

3

_____
MICHAEL R. LaBARGE


_____
LaBARGE, CAMPBELL & LYON, L.L.C.


LaBARGE, CAMPBELL & LYON, L.L.C.
Attorneys for Defendants
200 West Jackson Boulevard, Suite 2050
Chicago, Illinois 60606
312-580-9010

Case 1:08-cv-02526    Document 6-3    Filed 05/12/2008    Page 4 of 7
Case 1:08-cv-02526    Document 1    Filed 05/02/2008    Page 8 of 13
APR-18 2008 FRI 10:09 AM  FROM:CARRE[SC]                      FAX:2194651781                      PAGE 5

No. 38968

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

THAER SALEM,                      )
       Plaintiff,               )
                     )
       vs.                       )          Case No.
                     )
COBERT CARNEY and                 )
MARS SERVICE COMPANY, INC.,       )
                     )
       Defendants.               )

## COMPLAINT AT LAW

Plaintiff, THAER SALEM, by and through his attorneys, Lipkin & Higgins, and for his complaint at law against the Defendants, Cobert Carney and Mars Service Company, Inc., states as follows:

1.    At all times relevant hereto, Defendant, Mars Service Company, Inc. was incorporated in the State of Indiana, generally doing business as a common carrier in various states including the State of Illinois.

2.    At all times relevant hereto, Defendant, Cobert Carney, was an employee of Mars Service Company, Inc., acting within the scope and duties of his employment.

3.    At all times relevant hereto, Harlem Avenue was a roadway running in a generally northerly and southerly direction in the City of Bridgeview, County of Cook, State of Illinois.

4.    At all times relevant hereto, 92nd Place was a roadway running in a generally easterly and westerly direction in the City of Bridgeview, County of Cook, State of Illinois.

5.    On or about January 24, 2008, Plaintiff, Thaer Salem, drove and operated his vehicle, a Chrysler Voyager northbound on Harlem, at its intersection with 92nd Place, and was



in the intersection in the process of making a left hand turn to go westbound onto 92n Place when he was struck by the vehicle driven by the Defendant, Cobert Carney.

6.     On or about January 24, 2008, Defendant, Cobert Carney, drove his vehicle, a tractor trailer, southbound on Harlem in the inner or curb lane at the intersection with 92nd Place when he struck the vehicle operated by Plaintiff.

7.     At all times relevant hereto, it was the duty of Defendant, Cobert Carney, to operate his vehicle with ordinary care to avoid a collision.

8.     The Defendant, Cobert Carney, violated his duty of care in one or more of the following ways:

   a.     Carelessly and negligently ran a red light while entering the intersection of Harlem and 92nd Place;

   b.     Carelessly and negligently failed to stop his vehicle before entering the intersection of Harlem and 92nd Place when other vehicles ahead of him in traffic had stopped;

   c.     Carelessly and negligently operated his motor vehicle at a rate of speed greater than allowed for the safe operation of his vehicle;

   d.     Carelessly and negligently failed to keep a proper lookout for other vehicles then and there on the roadway; and

   e.     Was otherwise careless and negligent.

9..    As a direct and proximate result of one or more of the above stated careless and/or negligent acts of the Defendant, Cobert Carney, Plaintiff, Thaer Salem, suffered personal and pecuniary injuries.

10.    The liability of Defendant, Mars Service Company, Inc., is derived under the doctrine of *respondeat superior*.

2

Case 1:08-cv-02526    Document 6-3    Filed 05/12/2008    Page 6 of 7

APR 18 2008 FRI 10:09 AM  FROM:CARRS(SC)    Case 1:08-cv-02526    Document 1    Filed 05/02/2008    Page 7 of Page   4 of 13
FAX:2194651701                                                                                              PAGE 7

WHEREFORE, Plaintiff, THAER SALEM, seeks judgment in his favor and against the Defendants, COBERT CARNEY and MARS SERVICE COMPANY, INC., in an amount in excess of $50,000.00 together with the costs of this litigation.

Respectfully submitted,

By  Mitchell S. Lipkin

LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 213.857.1710

3

## RULE 222(b) AFFIDAVIT

Mitchell S. Lipkin, attorney at law, being first duly sworn on oath, deposes and states as follows:

1.  My name is Mitchell S. Lipkin and I represent Thaer Salem, the plaintiff in the above-captioned case.

2.  In accordance with Illinois Supreme Court Rule 222(b), the amount plaintiff claims as damages in this case is more than Fifty Thousand Dollars ($50,000.00).

Further Affiant Sayeth Naught.

_____
Mitchell S. Lipkin

LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 312.857.1710

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2526 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Salem vs. Carney, et al | | |

**DOCKET ENTRY TEXT**

Because Defendants have failed to allege diversity jurisdiction, the Court hereby dismisses their petition for removal without prejudice. Defendants have leave to file an amended petition of removal sufficiently alleging diversity jurisdiction or some other basis for federal jurisdiction. Civil case terminated.

■[ For further details see text below.]

Notices mailed by Judicial staff.

---

## STATEMENT

Defendants premise their removal petition on diversity jurisdiction. "It is axiomatic that a federal court must assure itself that it possesses jurisdiction over the subject matter of an action before it can proceed to take any action respecting the merits of the action. The requirement that jurisdiction be established as a threshold matter 'springs from the nature and limits of the judicial power of the United States' and is 'inflexible and without exception.'" *Cook v. Winfrey*, 141 F.3d 322, 325 (7th Cir. 1998), *quoting Steel C. v. Citizens for a Better Environment*, 523 U.S. 83, 94 (1998). *See also Adams v. Catrambone*, 359 F.3d 858, 861 n.3 (7th Cir. 2004).

Defendant Mars Service Company alleges that it is an Indiana corporation with its principal place of business in Indiana. It alleges that Defendant Robert Carney is a resident of Westville, Indiana, and that Plaintiff Thaer Salem is a resident of Palos Heights, Illinois. "[A]llegations of residence are insufficient to establish diversity jurisdiction. It is well settled that [w]hen the parties allege residence but not citizenship, the court must dismiss the suit." *Held v. Held*, 137 F.3d 998, 1000 (7th Cir. 1998) (citations and quotations omitted). Because Defendants only allege Defendant Carney's and Plaintiff Salem's respective residences, and not their respective citizenships, the removal petition is dismissed without prejudice for failure to sufficiently allege diversity jurisdiction. Defendants have leave to file an amended petition of removal sufficiently alleging diversity jurisdiction or some other basis for federal jurisdiction.



EXHIBIT

C

# ILLINOIS TRAFFIC CRASH REPORT

Sheet __ of __ Sheets

**\* 8455096 \***

| YEAR | MON | DAY | TMZ | HOUR | MIN | RC | BC | ROAD | CTRL | CB | FF1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 1 | 3 | 4 | 2 | 2 | 1 | 1 | 99 | 1 | 10 | 3 | 99 | 9 |

INVESTIGATING AGENCY: **BRIDGEVIEW**

TYPE OF REPORT: ☒ ON SCENE ☐ NOT ON SCENE ☐ AMENDED
☐ A No Injury / Drive Away
☒ B Injury and / or Tow Due To Crash

AGENCY CRASH REPORT NO. **DE 1160**

ADDRESS NO.

HIGHWAY & STREET NAME: **Harlem Ave**

93 **92nd Place**

AT OR NEAR INTERSECTION WITH: **Bridgeview**

COUNTY: **Cook**

DATE OF CRASH: **6-24-08** TIME: **3:15** ☒ PM

NUMBER OF VEHICLES INVOLVED: **2**

## UNIT 1

NAME (LAST, FIRST, MI): **SALEM, THEAR R.**

DATE OF BIRTH: **7/15/93**

STREET ADDRESS: **10609 S. VICKY LN**

CITY: **Palos Hills** STATE: **IL** ZIP: **60465**

TELEPHONE:

DRIVER LICENSE NO. **S45281689201** STATE: **IL** CLASS: **D**

TAKEN TO: **Christ Hosp.** EMS AGENCY: **B.V.F.D.**

MAKE: **Chrysler Voyager** YEAR: **01**

PLATE NO. **T880222** STATE: **IL** YEAR: **08**

VIN: **C4GJ25G51B69586**

VEHICLE OWNER (LAST, FIRST, MI): **ZAHDAN, THIRRYAT**

OWNER ADDRESS: **10609 S Vicky Lane Palos Hills IL 60465**

## UNIT 2

NAME (LAST, FIRST, MI): **CARNEY III, ROBERT C.**

DATE OF BIRTH: **8/11/61**

STREET ADDRESS: **58 West Main St. Po 222**

CITY: **WESTVILLE** STATE: **IN** ZIP: **46391**

TELEPHONE: **(219) 406-4033**

DRIVER LICENSE NO. **8922220962** STATE: **IN** CLASS: **A**

TAKEN TO: **Refused** EMS AGENCY: **Refused**

MAKE: **Western Star Tractor** YEAR: **98**

PLATE NO. **32B607** STATE: **IN** YEAR: **08**

VIN: **2JKEDDXJ52WKA604B2**

VEHICLE OWNER (LAST, FIRST, MI): **Mars Service Co. Inc**

OWNER ADDRESS: **11041 W US Hwy 6 P.O. Box 70 Westville IN 46391**

INSURANCE CO. **Great West Casualty Co.** POLICY NO. **CLP67287L**

DAMAGED PROPERTY OWNER'S NAME

PROPERTY OWNER ADDRESS     CITY     STATE     ZIP

CONTRIBUTORY CAUSE(S): PRIMARY **02** SECONDARY

POSTED SPEED LIMIT: **40**

**\* P1006 \***

ARREST NAME: **SALEM, THEAR R.**

SECTION: **11-902** CITATION NO. **YM27154S**

ARREST NAME:

SECTION: **3-707** CITATION NO. **YM271546**

OFFICER I.D. **120** SIGNATURE: **B. Cue**

BEAT / DIST. **214** SUPERVISOR: **J.W. Guey**

DATE RECEIVED / ISSUED: **2-15-08**

COURT DATE: **8-12-08**

TIME NOTIFIED: **3:15** ☒ PM

COURT TIME: **10:30** ☒ AM

**REMEMBER TO USE BLACK INK, PRESS HARD, PRINT LEGIBLY AND COMPLETE ALL REQUIRED FIELDS!**

Bridgeview IL 60155 FEB 25th 2008 10:30 am

EXHIBIT
D
PENGAD 800-631-6989

"IF YES TO HAZMAT SPILL OR COM VEH, COMPLETE COMMERCIAL MOTOR VEHICLE AREA ON BACK.

**8455096**

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.



INDICATE NORTH
BY ARROW

* NOT TO SCALE

NARRATIVE (Refer to vehicle by Unit No.)

UNIT #2 WAS TRAVELING SOUTHBOUND HARLEM AVE IN THE CURB LANE OF THE 9200 BLOCK. UNIT #1 WAS STOPPED IN TRAFFIC IN THE LEFT TURN LANE OF NORTHBOUND HARLEM AVE AT 92ND PLACE. UNIT #1 FAILED TO YIELD TURNING LEFT IN FRONT OF UNIT #2 CAUSING UNIT #2 TO STRIKE THE ENTIRE PASSENGER SIDE OF UNIT #1 WITH UNIT #2'S FRONT BUMPER AREA. SUBSEQUENTLY UNIT #1 TRAVELED OFF THE ROADWAY INTO A GRASSY DITCH AREA IN THE SOUTHWEST CORNER OF THE INTERSECTION.

LOCAL USE ONLY

| U1 Date | TOTAL | V1 Color | MAROON |
| U1 Towed By | IDEAL AUTO / 8242 S. ROBERTS RD | | |

U2 Towed By: NOT TOWED

---

### COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A
ADDITIONAL UNITS FORMS

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation beyond 75 air miles from the driver's work reporting location (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that require placarding (example: placards will be displayed on the vehicle).

CARRIER NAME: MARS SERVICE CO INC

ADDRESS: 4041 W US HWY 46
P.O. BOX 710

CITY/STATE/ZIP: WESTVILLE, IN 4639

USDOT NO. 543685    ICC NO. 269616

Source of above info: ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

Gross Vehicle Weight Rating (GVWR)

Were HAZMAT placards displayed on the vehicle? ☐ Yes ☐ No

If yes, name on placard

4-digit ID no. _____    1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐ Yes ☒ No ☐ Unknown

Did HAZMAT Regulations violation contribute to the crash? ☐ Yes ☒ No ☐ Unknown

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes ☒ No ☐ Unknown

Was a Driver/Vehicle Examination Report form completed?
HAZMAT ☐ Yes ☒ No ☐ Unk  Out of Service? ☐ Yes ☐ No
MCS ☐ Yes ☒ No ☐ Unk  Out of Service? ☐ Yes ☐ No
Form No.

IDOT PERMIT NO. _____    WIDE LOAD? ☐ Yes ☒ No

TRAILER WIDTH(S): 0-96" ☐  97-102" ☐  >102" ☒
TRAILER 1 ☐
TRAILER 2 ☐

TRAILER LENGTH(S): 1  46  ft    TRAILER 2 _____ ft

TOTAL VEHICLE LENGTH  60  ft    NO. OF AXLES  5

CRASH LOCATION: ☐ CITY OF  OR  ☐ NEAREST CITY
MILES  N  E  S  W  OR
CITY/ONE  CITY/MILE

SELECT CODES FROM BACK COVER OF CRASH BOOKLET.
VEHICLE CONFIGURATION  2
CARGO BODY TYPE  4    LOAD TYPE  4