101.011951   kkm   #35320

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| THAER SALEM, ) | |
| ) | |
| Plaintiff, ) | No: 08 C 2526 |
| ) | Circuit Court of Cook County |
| ) | No: 08 L 00324 |
| v. ) | |
| ) | |
| COBERT CARNEY and ) | |
| MARS SERVICE COMPANY, INC.) | |
| ) | |
| Defendants. ) | |

### PARTIES JOINT INITIAL STATUS REPORT

**Plaintiffs' Attorney**
Mitchell S. Lipkin (lead trial attorney)
Lipkin & Higgins
222 N. LaSalle Street
Suite 2100
Chicago, Illinois 60601

**Attorneys for Robert Carney & Mars Service Company, Inc.**
Michael R. LaBarge (lead trial attorney)
LaBarge, Campbell & Lyon, L.L.C.
200 W. Jackson Blvd.
Suite 2050
Chicago, Illinois 60606
312-580-9010

1. **The Nature of the Case**
   A. Identify the attorneys of record for each party, including the lead trial attorney.

   Mitchell S. Lipkin of Lipkin & Higgins for the plaintiff;

   Michael R. LaBarge of LaBarge Campbell & Lyon for the defendants.

   B. State the basis for federal jurisdiction.

       Diversity of Citizenship pursuant to 28 U.S.C. §1332(A)(1). Defendants assert in their Amended Petition for Removal that plaintiff is a citizen of Illinois, while both defendants are citizens of Indiana. Defendants further assert that the amount in controversy requirement of $75,000 has been met, while plaintiff disputes that the amount in controversy exceeds $75,000.

C. Describe the nature of the claims asserted in the complaint and any counterclaims.

       Plaintiffs have filed a personal injury action alleging negligence against the defendants.

D. State the major legal and factual issues in the case.

       There are no major legal issues anticipated at this time. The major factual issues regard whether the defendants were negligent, whether such negligence was the proximate cause of the plaintiffs' damages and whether the plaintiff was contributorily negligent.

E. Describe the relief sought by the plaintiff(s).

       Plaintiff's complaint seeks judgment in his favor against the defendants in an amount in excess of $50,000.00 together with the costs of this litigation.

2. **Pending Motions and Case Plan**
   A. Identify All Pending Motions.

       There are no pending motions.

   B. Submit a proposal for a discovery plan, including the following information:
      A. The type of discovery needed;

       No discovery has been completed to date. Consequently, the parties must answer interrogatories and production requests. The depositions of the plaintiffs and defendants must be taken and the parties anticipate deposing one or two occurrence witnesses as well. The defendants will also need to take the depositions of plaintiff's treating physicians. Plaintiff does not anticipate at this time that it will retain expert witnesses as to liability and damages. Defendants anticipate that they may retain expert witnesses as to damages and possibly liability.

      B. A date for Rule 26(a)(1) disclosures;

        30 days (July 2, 2008).

   C. A fact discovery completion date;

        5 months following 26(a)(1) disclosures (on or before December 2, 2008).

   D. An expert discovery completion date, including dates for the delivery of expert reports;

        Defendants to disclose experts and their reports 60 days after fact discovery closes (on or before February 2, 2009); defendants' experts to be deposed within 45 days thereafter (on or before March 19, 2009).

   E. A date for filing of dispositive motions; and

        45 days after completion of expert discovery (on or before May 5, 2009).

   F. A date for the filing of a final pretrial order.

        60 days after any hearings on dispositive motions (July 2009).

C. With respect to trial, indicate the following:
   A. Whether a jury trial is requested;

        Defendants have demanded a trial by jury.

   B. The probable length of trial; and

        A trial would be expected to last 3 days.

   C. When the case will be ready for trial.

        August 2009.

3. **Consent to Proceed Before a Magistrate Judge**

        The parties consent to proceed before a Magistrate Judge.

4. **Status of Settlement Discussions**
   A. Indicate whether any settlement discussions have occurred;

None.

B. Describe the status of any settlement discussions; and

None.

C. Whether the parties request a settlement conference.

No settlement conference is requested at this time.


/s/ *Mitchell S. Lipkin*
Mitchell S. Lipkin
Lipkin & Higgins
Attorneys for Plaintiff



/s/ *Michael R. LaBarge*
Michael R. LaBarge
LaBarge, Campbell & Lyon
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on <u>May 27, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mitchell Stewart Lipkin
Lipkin & Higgins
222 North LaSalle Street
Suite 2100
Chicago, IL 60601


/s/ *Michael R. LaBarge*
MICHAEL R. LaBARGE