IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THAER SALEM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 08 C 2526 |
| ) | Circuit Court of Cook County No. 08 L 00324 |
| COBERT CARNEY and ) | |
| MARS SERVICE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO REMAND AND FOR SANCTIONS

Plaintiff, THAER SALEM, by and through his attorneys, LIPKIN & HIGGINS, and for his Motion to Remand this Case to Illinois State Court, and for Sanctions against the Law Firm of LaBarge, Campbell & Lyon, LLC pursuant to Federal Rule of Civil Procedure 11, states as follows:

1. The instant law suit arises from a motor vehicle accident which took place on or about January 24, 2008 in the City of Bridgeview, Cook County, Illinois.

2. The parties to this accident were Thaer Salem, subsequently named as Plaintiff, and Cobert Carney employee of Mars Service Company, Inc., subsequently named as Defendants.

3. On March 24, 2008, Plaintiff filed his lawsuit in the Law Division in the Circuit Court of Cook County, Illinois. In that pleading, Plaintiff sought damages in excess of $50,000.

4. On May 2, 2008, Defendants filed a Notice of Removal of this case pursuant to 28 U.S.C § 1441 *et seq.* which was dismissed by this Court on May 6, 2008

because the Defendants failed to sufficiently allege diversity or other Federal jurisdiction.

5. On or about May 8, 2008, Plaintiff's counsel, Mitchell S. Lipkin, telephoned defense counsel, Michael LaBarge, to advise that Plaintiff was not seeking $75,000 as damages in this case and that consequently the Federal Court lacked jurisdiction over this case.

6. Despite this conversation, the Defendants again filed a petition for removal on May 12, 2008. In their petition, Defendants expressly stated that the amount in controversy exceeds $75,000.

7. Upon receipt of Defendants amended petition for removal, Mr. Lipkin again contacted the LaBarge law firm and received a returned telephone call from attorney Scott Shinkus. Mr. Lipkin re-explained that Plaintiff is not seeking more than $75,000 in this suit and asked Mr. Shinkus to file a motion to remand this case to Illinois State Court. Instead, Mr. Lipkin received multiple correspondence from Mr. Shinkus relating to the initial case status report which was to be filed May 27, 2008.

8. Federal Rule of Civil Procedure 11 requires a party filing a motion to do so in good faith after reasonable inquiry that the motion is well grounded in fact and is warranted by existing law. The above facts demonstrate that the LaBarge law firm has obviously failed to satisfy the good faith requirement of Rule 11 in persisting in its efforts to have this case removed to Federal Court despite knowledge that Plaintiff was not seeking more than $75,000 in this case.

9. In addition to seeking that this case now be remanded to Illinois State Court, Plaintiff seeks an appropriate award of sanctions against the LaBarge law firm for

necessitating its efforts in having this case remanded. Attached hereto is an Affidavit of attorney Mitchell S. Lipkin setting forth 2.5 hours time the Lipkin & Higgins firm has expended in this regard.

WHEREFORE, Plaintiff, THAER SALEM, seeks that this case be remanded back to Illinois State Court and for an award of sanctions of $625.00 under Federal Rule of Civil Procedure 11.


Respectfully Submitted,

  s//  Mitchell S. Lipkin


LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 312.857.1710

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THAER SALEM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 08 C 2526 |
| ) | Circuit Court of Cook County No. 08 L 00324 |
| COBERT CARNEY and ) | |
| MARS SERVICE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT

I, Mitchell S. Lipkin, do depose and state that if called as a witness in the trial of this case I would testify as follows:

1. My name is Mitchell S. Lipkin and I am the trial attorney for Plaintiff, Thaer Salem in the instant case.

2. I have personal knowledge of having had repeat telephone calls to attorneys Michael LaBarge and Scott Shinkus as more fully set forth in the Motion for Sanctions to which this Affidavit is attached. These phone calls amounted to .5 hours in the aggregate.

3. I have personal knowledge of having reviewed and making proposed changes to a Joint Status Report submitted by attorney Shinkus. The time involved in this activity amounted to another .5 hours.

4. I have personal knowledge of having drafted a Motion for Sanctions in this regard amounting to another .5 hours.

5. On June 2, 2008, I will be out-of-town on personal business. Lipkin & Higgins Associate, Kevin B. Apter will appear in my stead at the initial status hearing on this case and to present the instant Motion for Sanctions. It is anticipated that Mr. Apter will expend 1 hours in this activity.

6. I have personal knowledge that Lipkin & Higgins generally takes cases on a contingent fee basis. On those occasions when an hourly fee is charged, the firm bills at a rate of $250.00 per hour. Lipkin and Higgins has expended 2.5 hours in activity related to the Defendants effort to remove this case to Federal Court after the Court's May 6, 2008 Order dismissing defendants first petition for removal.

Further affiant sayeth not.

    s//  Mitchell S. Lipkin

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THAER SALEM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 08 C 2526 |
| ) | Circuit Court of Cook County No. 08 L 00324 |
| COBERT CARNEY and ) | |
| MARS SERVICE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   Mr. Michael LaBarge
　　　Mr. Scott Shinkus
　　　LaBarge Campbell & Lyon, LLC
　　　200 West Jackson Blvd., Suite 2050
　　　Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on Monday, the 2nd day of June, 2008, at 8:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge St.Eve, or any Judge sitting in her stead in Room 1241 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion to Remand and for Sanctions, a copy of which is attached hereto and served upon you.

　　　　　　　　　　　　　　　　　　　　　s//  Mitchell S. Lipkin

LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 312.857.1710

**PROOF OF SERVICE**

　　　I, the undersigned state that on <u>May 30, 2008,</u> I served this Notice, together with the document(s) referred to therein, via Court's e-filing notice system and by facsimile to the above named person(s) at their respective facsimile numbers. I certify that the statements set forth in this instrument are true and correct.

　　　　　　　　　　　　　　　　　　　　　s//   Manuela D. Popescu