## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| THAER SALEM, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COBERT CARNEY and )<br>MARS SERVICE COMPANY, INC., )<br>)<br>    Defendants. ) | Court No. 08 C 2526<br>Circuit Court of Cook County No. 08 L 00324 |

### NOTICE OF MOTION

TO:    Mr. Michael LaBarge
         Mr. Scott Shinkus
         LaBarge Campbell & Lyon, LLC
         200 West Jackson Blvd., Suite 2050
         Chicago, Illinois 60606

     **PLEASE TAKE NOTICE** that on Tuesday, the 10th day of June 2008, at 9:45 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Magistrate Judge Valdez, or any Judge sitting in her stead in Room 1300 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Remand and for Sanctions**, a copy of which is attached hereto and served upon you.

                                                                  s// Mitchell S. Lipkin

LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 312.857.1710

### PROOF OF SERVICE

     I, the undersigned state that on <u>June 2, 2008,</u> I served this Notice, together with the document(s) referred to therein, via Court's e-filing notice system and by facsimile to the above named person(s) at their respective facsimile numbers. I certify that the statements set forth in this instrument are true and correct.

                                                                  s// Manuela D. Popescu