**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| THAER SALEM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 08 C 2526 |
| | ) | Circuit Court of Cook County No. 08 L 00324 |
| COBERT CARNEY and | ) | |
| MARS SERVICE COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**RE-NOTICE OF MOTION**

TO:   Mr. Michael LaBarge
      Mr. Scott Shinkus
      LaBarge Campbell & Lyon, LLC
      200 West Jackson Blvd., Suite 2050
      Chicago, Illinois 60606


      **PLEASE TAKE NOTICE** that on Wednesday, the 11th day of June 2008, at 9:45 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Magistrate Judge Valdez, or any Judge sitting in her stead in Room 1300 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion to Remand and for Sanctions**, a copy of which is attached hereto and served upon you.


                    s//  Mitchell S. Lipkin


LIPKIN & HIGGINS
Attorneys for Plaintiff
222 North LaSalle Street
Suite 2100
Chicago, Illinois 60601
Phone 312.857.1710

**PROOF OF SERVICE**

      I, the undersigned state that on June 5, 2008, I served this Notice, together with the document(s) referred to therein, via Court's e-filing notice system and by facsimile to the above named person(s) at their respective facsimile numbers. I certify that the statements set forth in this instrument are true and correct.


                    s//  Manuela D. Popescu