## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2526 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Salem vs. Carney et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/11/08. Defendant having withdraw its petition of removal from Circuit Court of Cook County Illinois [1]. Therefore, plaintiff's motion to remand [10] is denied as moot. Plaintiff's motion for sanctions [10] is denied.

Docketing to mail notices.
*Mail AO 450 form.

00:03

| | Courtroom Deputy Initials: | yp |
|---|---|---|